**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RICHARD WILLIAMSON    v.    CITRIX ONLINE, LLC

No. 2013-1130

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    ✓ As counsel for: Citrix Online, LLC, Citrix Systems, Inc., Adobe Systems Inc., & Microsoft Corporation
Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant
_____ Appellant    ✓ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Kurt L. Glitzenstein |
| Law firm: | FISH & RICHARDSON P.C. |
| Address: | One Marina Park Drive |
| City, State and ZIP: | Boston, MA  02210-1875 |
| Telephone: | (617) 542-5070 |
| Fax #: | (617) 542-8906 |
| E-mail address: | glitzenstein@fr.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 01/17/2013 | /s/Kurt L. Glitzenstein |
| Date | Signature of pro se or counsel |

cc: _____

## **CERTIFICATE OF SERVICE AND FILING**

      I hereby certify that on January 17, 2013, I electronically filed the foregoing **Entry of Appearance of Kurt L. Glitzenstein** using the Court's CM/ECF filing system. Counsel was served via CM/ECF which constitutes service, pursuant to Fed. R. App. P. 25(c)(2), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012), to all registered CM/ECF users. Any other counsel of record will be served by e-mail as agreed by the parties.

                                                        /s/ Kurt L. Glitzenstein
                                                        Kurt L. Glitzenstein