**FORM 8.  Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Richard Williamson    v.  Citrix Online, LLC

No. 2013-1130

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se    ✓ As counsel for:   International Business Machines Corporation
                                  Name of party

I am, or the party I represent is (select one):

___ Petitioner   ___ Respondent   ___ Amicus curiae   ___ Cross Appellant
___ Appellant    ✓ Appellee       ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant   ___ Respondent or appellee

My address and telephone are:

Name: Gregory S. Bishop
Law firm: Goodwin Procter LLP
Address: 135 Commonwealth Drive
City, State and ZIP: Menlo Park, CA 94025
Telephone: 650-752-3143
Fax #: 650-853-1038
E-mail address: gbishop@goodwinprocter.com

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 10, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes   ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/06/2013                              /s/ Gregory S. Bishop
Date                                    Signature of pro se or counsel

cc: _____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RICHARD WILLIAMSON V. CITRIX ONLINE, LLC, 2013-1130

## PROOF OF SERVICE

I hereby certify that counsel for Appellant Richard Williamson and counsel for each Appelle have been served with a true and correct copy of the above foregoing document via the Court's CM/ECF system and/or U.S. first-class mail on February 6, 2013.  A list of those served appears below.

Brett J. Williamson
O' MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-760-9600
bwilliamson@omm.com,
#AtHomeBondholdersLiquidatingTrust
Team@OMM.com
*Counsel for Appellant Richard A. Williamson*

Frank E. Scherkenbach
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110
617-542-5070
Scherkenbach@fr.com
*Counsel for Appellees Adobe Systems, Inc.: Citrix Online, LLC; Citrix Systems, Inc.; and Microsoft Corp.*

Douglas Kubehl
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201
214-953-6500
Doug.kubehl@bakerbotts.com
*Counsel for Appellees WebEx Communications, Inc., Cisco WebEx LLC and Cisco Systems, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Gregory S. Bishop
　　　　　　　　　　　　　　　　　　　　　　　　　　   Gregory S. Bishop