**FORM 8.**  Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Richard Williamson    v.   Citrix Online, LLC

No. 2013-1130

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se       ✓ As counsel for:   International Business Machines Corporation
                                     Name of party

I am, or the party I represent is (select one):

___ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellant
___ Appellant     ✓ Appellee        ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

Name: William F. Sheehan
Law firm: Goodwin Procter LLP
Address: 901 New York Avenue, NW
City, State and ZIP: Washington, DC  20001-4432
Telephone: (202) 346-6000
Fax #: (202) 346-4444
E-mail address: wsheehan@goodwinprocter.com

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 27, 1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

04/22/ 2013                          /s/William F. Sheehan
Date                                 Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I, William F. Sheehan, hereby certify that on April 22, 2013, I transmitted the foregoing "Entry of Appearance" to the Clerk of the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF filing system. Also on that date, I certify registered participants of the CM/ECF will be electronically served via the CM/ECF system and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

Dated: April 22, 2013                                       By: s/ William F. Sheehan