# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

**TELEPHONE:** 202-275-8000  
**FAX:** 202-275-9678

December 11, 2014

Brett Johnston Williamson  
O'Melveny & Myers LLP  
610 Newport Center Drive  
Suite 1700  
Newport Beach, CA 92660

Re:   Williamson v. Citrix Online, LLC (2013-1130)

Dear Counsel:

The court invites a response from appellant to the petition for rehearing en banc, filed by to the appellees Citrix Online, LLC, et al.

Please file your response on or before December 29, 2014.

Very truly yours,

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court