# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RICHARD WILLIAMSON v. CITRIX ONLINE, LLC

No. 2013-1130

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Intellectual Property Professors certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Intellectual Property Professors (See Attachment to Certificate of Interest)

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not Applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Not Applicable

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Mark A. Lemley
STANFORD LAW SCHOOL

December 19, 2014                          /s/ Mark A. Lemley
        Date                                  Signature of counsel
                                           Mark A. Lemley
                                              Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel of Record

# ATTACHMENT TO
# CERTIFICATE OF INTEREST

**Intellectual Property Professors in Support of En Banc Review
(List of Signatories[1])**

Professor John R. Allison
McCombs School of Business
University of Texas at Austin

Professor Ann M. Bartow
Pace Law School

Professor James Bessen
Boston University School of Law

Professor Jeremy W. Bock
Cecil C. Humphreys School of Law
University of Memphis

Professor Ralph D. Clifford
University of Massachusetts School of Law

Professor Kevin Emerson Collins
Washington University School of Law

Professor Robin Feldman
University of California Hastings College of the Law

Professor Roger Allan Ford
University of New Hampshire School of Law

Professor Shubha Ghosh
University of Wisconsin Law School

Professor Donald P. Harris
Temple Law School

---

[1] Institutions are listed for affiliation purposes only.

Professor Tim Holbrook
Emory University School of Law

Professor Herbert Hovenkamp
University of Iowa College of Law

Professor Amy L. Landers
Thomas R. Kline Law School
Drexel University

Professor Mark A. Lemley
Stanford Law School

Professor Brian J. Love
Santa Clara University School of Law

Professor Phil Malone
Stanford Law School

Professor Jonathan Masur
University of Chicago Law School

Professor Mark P. McKenna
Notre Dame Law School

Professor Joseph Scott Miller
University of Georgia School of Law

Professor Tyler T. Ochoa
Santa Clara University School of Law

Professor David S. Olson
Boston College Law School

Professor Lisa Larrimore Ouellette
Stanford Law School

Professor Jason Rantanen
University of Iowa College of Law

Professor Greg Reilly
California Western School of Law

Professor Jason Schultz
NYU School of Law

Professor Brenda Simon
Thomas Jefferson Law School